AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 9 2014

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MICHAEL CRESPIN | ) | Case No. 14 mj 1569 |
| Year of birth: 1972, SSAN: XXX-XX-9942; | ) | |
| SONYA PADILLA | ) | |
| Year of birth 1973, SSAN: XXX-XX-6283 | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 5, 2014** in the county of **Santa Fe** in the _____ District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 2113(a) and Title 18 U.S.C. 2 | Bank Robbery Aiding and Abetting |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kathleen Magnafici, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **May 9, 2014**

City and state: **Albuquerque, NM**

_____
*Judge's signature*

**KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE**
*Printed name and title*

**AFFIDAVIT**

I, Kathleen M. Magnafici, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Santa Fe Resident Agency of the Albuquerque Division, to investigate violations of Federal Laws, including Title 18, United States Code, Section 2113(a). The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from other reliable sources.

2. On May 5, 2014, at approximately 9:15 a.m., the First National Bank of Santa Fe, located at 4995 Governor Miles Road, Santa Fe, New Mexico 87507, was robbed by an individual using intimidation and force who brandished a gun and demanded money from the bank's tellers. First National Bank of Santa Fe is a federally insured institution, and it sustained a loss of United States Currency.

3. The aforementioned robbery was conducted by a man described as being an Hispanic male in his late 20's or early 30's, wearing a gray hooded sweatshirt, dark sunglasses, black pants, and white gloves or socks over his hands. The robber brandished a weapon and wore a blue bandana which covered the lower half of his face and his nose. According to witnesses inside the bank, the robber left the bank on foot and passed behind a fence into the Auto Park where he appeared to enter a vehicle.

4. Your affiant reviewed surveillance footage obtained from the Auto Park surveillance system which reflected the arrival of the robber into the Auto Park parking area at approximately 9:04 a.m. The robber departs a vehicle which the driver has parked near a red truck. The footage shows the robber exiting the passenger side of a vehicle and walking around a fence, through an arroyo and onto the property of First National Bank of Santa Fe. The footage also depicts the robber departing the bank at approximately 9:15 a.m., entering the passenger side of the vehicle and departing the area. Your affiant compared surveillance footage obtained from First National bank of Santa Fe to the footage obtained from the Auto Park surveillance and the individual in both series of footage appears to be the same.

5. On May 6, 2014, your Affiant met with Detectives of the Santa Fe Police Department who are investigating an armed robbery of a business at 1966 Cerrillos Road, Santa Fe, New Mexico on April 28, 2014. During the robbery, the male suspect entered the store with a handgun, pointed it at two employees and demanded their money. A struggle ensued and the robber left the area without receiving any money. The man was wearing a blue hooded sweatshirt with sunglasses and a bandana covering his face. Detectives investigating the incident reported that prior to the robbery an unidentified woman entered the establishment. According to the employees, the woman acted suspicious and they attempted to gather information about her to include her name, which she stated was Sonya "Cresp" or "Crisp."

6. Santa Fe Police Department Detectives reported that on April 29, 2014, the same woman returned to the business. Both store employees accused her of being complicit in the robbery and again questioned the woman who reported that her name is Sonya Padilla. One occupant took a cell phone video of the vehicle which captured a license plate registered to Sonya Padilla. The vehicle is a light blue Chevrolet Malibu with a rear spoiler and chrome wheels according to Detectives who reviewed the video.

7. Santa Fe Police Detectives compared the video footage of the armed robbery to that obtained during the bank robbery and reported that the vehicles appear to be the same.

8. On May 8, 2014, your affiant accompanied members of Santa Fe Police Department on a search warrant of 1115 Ocate Road, #111. Santa Fe, New Mexico. This is the residence of Sonya Padilla and Michael Crespin. Items seized during the warrant consisted of black and blue bandanas, gray and black hooded sweatshirts, and an empty packaging for a toy gun described as a Colt 1911 A-1 soft spring powered item. Additionally, approximately $13,370 was recovered in cash.

9. On May 8, 2014, your affiant interviewed Sonya Padilla who acknowledged that she and Michael Crespin were at the Auto Park on May 5, 2014 in the Chevrolet Malibu. Padilla reported that she was driving the vehicle and parked it next to a red truck. Padilla later acknowledged to another FBI Special Agent that she believed Michael Crespin probably robbed the bank adjacent to the Capital Ford dealership during this time.

10. Based on the above, your affiant believes probable cause exists that MICHAEL CRESPIN did, by force and violence, or by intimidation, take money from First National Bank of Santa Fe, Santa Fe, New Mexico on May 5, 2014, in violation of 18 U.S.C. § 2113.

11. Based on the above, your affiant believes probable cause exists that SONYA PADILLA aided and abetted in the robbery of First National Bank of Santa Fe, Santa Fe, New Mexico on May 5, 2014, in violation of 18 U.S.C. §§ 2113 and 2.

I swear that this information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

Kathleen M. Magnafici
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn to
before me, this 9th day of May, 2014

_____
United States Magistrate Judge
Albuquerque, New Mexico