## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 14-1759MCA | | USA vs.: CRESPIN, ET AL | |
| Date: 4/26/16 | | Name of Deft: MICHAEL CRESPIN | |
| Before the Honorable Chief Judge M. CHRISTINA ARMIJO | | | |
| Time In/Out: 10:54am-11:17am | | Total Time in Court (for JS10): 23 minutes | |
| Clerk: C. Walker | | Court Reporter: J. Goehl | |
| AUSA: Dave Walsh | | Defendant's Counsel: Marc Robert | |
| Sentencing in: Albuquerque | | Interpreter: N/A | |
| Probation Officer: Sandra Day | | Interpreter Sworn? | Yes / No |
| Convicted on: **X** Plea / Verdict | | As to: Information / **X** Indictment | |
| If Plea: **X** Accepted / Not Accepted | | Adjudged/Found Guilty on Counts: Count 2 | |
| If Plea Agreement: **X** Accepted / Not Accepted / No Plea Agreement | | Comments: | |
| Date of Plea/Verdict: 9/4/15 | PSR: **X** Not Disputed / Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: **X** Not Needed / Needed | | Exceptions to PSR: | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 156 months |
|---|---|---|
| Supervised Release: 3 years | | Probation: |
| REC **X** 500-Hour Drug Program / BOP Sex Offender Program / Other: | | |
| ICE Court recommends ICE begin removal proceedings immediately or during of service of sentence / ICE not applicable | | |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for ___ months ___ days |
| **X** | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ___ months ___ days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| **X** | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| **X** | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |
| | OTHER: | | |

| | | Restitution: $ | 8289.00 First National Bank of Santa Fe (interest/penalties not waived) |
|---|---|---|---|
| Fine: $ | 0 | | |
| SPA: $ | 100.00 | Payment Schedule: | **X** Due Immediately / Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: Federal Medical Center or a facility in the Eastern part of United States | | |
| | Dismissed Counts: | | |

OTHER COMMENTS: Defendant addresses Court